IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., | ) | CASE NO.  1:10 CV 1298 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | JUDGE DONALD C. NUGENT |
| AMFIN FINANCIAL CORPORATION, | ) ) | MEMORANDUM OPINION |
| Defendant. | ) | |

This matter is before the Court on the Federal Deposit Insurance Company's ("the FDIC") Motion to Stay Consideration of AmTrust Financial Corporation's ("AFC") Motion for Costs.  (ECF # 145).  AFC has not opposed the motion and the FDIC has represented that AFC consents to a stay pending the Sixth Circuit's ruling on the FDIC's appeal of this Court's June 6, 2011 Order and Opinion.  Therefore, the motion is GRANTED.  The FDIC's opposition to AFC's Motion for Costs shall be due 14 days after the Sixth Circuit issues its decision on the appeal of this Court's June 6, 2011 Order and Opinion.  IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　   /s/Donald C. Nugent    
　　　　　　　　　　　　　　　　　　　　　　　　Judge Donald C. Nugent

DATED:   August 2, 2011